# PACHULSKI STANG ZIEHL & JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
NEW YORK, NY
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

WEB: www.pszjlaw.com

Beth E. Levine                November 19, 2012                212.561.7720
                                                               blevine@pszjlaw.com

**BY ELECTRONIC FILING**

The Honorable Cecelia G. Morris
Chief United States Bankruptcy Judge
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601-3315

>   Re:   *SOG Liquidation Trust v. Antonette Favuzza:*
>          *Adv. Pro. No. 09-09098 (CGM)*

Your Honor:

This firm represents plaintiff, the SOG Liquidation Trust ("Plaintiff"), in the above-captioned adversary proceeding. I write in response to a letter to Your Honor from counsel for defendant, Antonette Favuzza ("Defendant"), dated November 16, 2012. That letter accompanied Defendant's Responses and Objections ("Defendant's Responses") to Plaintiff's Motion for Summary Judgment (the "Motion") which were filed on November 16, 2012 although pursuant to the schedule set by the Court, they were to be filed nearly a month earlier on October 23, 2012.

Defendant claims that that the late filing is justified by "confusion" engendered by the multiple adjournments and scheduling orders filed in this adversary proceeding. However, simply put, there should be no confusion. At the conference held before Your Honor on September 13, 2012, at which Defendant appeared, the Court set out the briefing schedule for Plaintiff's motion, including the October 23 response deadline. Similarly, the Notice of Hearing that accompanied Plaintiff's Motion set forth the October 23 objection deadline ordered by Your Honor at that conference.

DOCS_NY:28638.1

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

The Honorable Cecelia G. Morris
November 19, 2012
Page 2

      Plaintiff submits that because Defendant's Responses are untimely, they should not be considered by the Court.

Respectfully submitted,

Beth E. Levine

BEL

cc:     Roland Jones, Esquire (by electronic mail)